25 FIFTH AVE. MANAGEMENT Co., INC., Appellant, *v.* IVOR B. CLARK, INC., Respondent.

Argued October 20, 1952; decided November 20, 1952.

*A. L. Sainer, Benjamin Schaffer, Harry B. Frank* and *Walter Janoff* for appellant.

*Alexander Pfeiffer* and *Clarence S. Barasch* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.